Alecia James
Plaintiff *Pro Se*
2358 Atlantic Ave. Apt 2B
Brooklyn, NY 11233

September 10, 2018

Honorable Pamela Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201



Re: *Alecia James v. American Airlines 16cv-00674*

**Plaintiff's Request to Withdraw Complaint**

Dear Judge Chen,

    Pro se plaintiff Alecia James is hereby requesting to withdraw the complaint filed against Defendant American Airlines Inc.

    Based on the trajectory of the pending lawsuit, Plaintiff has deemed it critical to have legal representation. Unfortunately, Plaintiff has not been able to obtain legal counsel in a timely manner to represent her at this stage of the lawsuit, which has resulted in the protracted delay.

    I pray that the court will grant the foregoing request given the unusual circumstances.

Respectfully Submitted

Alecia James
Plaintiff Pro Se
2358 Atlantic Ave. Apt 2B
Brooklyn, NY 11233

cc. by mail
Attorneys for Defendant
David S. Rutherford & L. Diana Mulderig
800 Third Ave, 9th Floor
New York, NY 10022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x

[ALECIA JAMES],                                    16 CV 00674 (PKC)(PK)

        Plaintiff,

-against-

[AMERICAN AIRLINES, INC.]

        Defendant,

-------------------------------------------------x


I, Alecia James, declare under penalty of perjury that I have served a copy of Plaintiff's Request to Withdraw Complaint by mail upon:

David S. Rutherford and L. Diana Mulderig whose address is 800 Third Ave, 9th Fl, New York, NY 10022.


Dated September 10, 2018


_____

Alecia James

Plaintiff *Pro Se*

2358 Atlantic Ave, Apt 2B

Brooklyn, NY 11233

917-362-0447